IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RICHARD JOSEPH CRANE,

    Plaintiff,                      No. CIV S-02-2203 MCE KJM P

    vs.

C.A. TERHUNE, et al.,

    Defendants.              <u>ORDER</u>

_____/

        Plaintiff has requested an extension of time to file and serve an opposition to defendant's May 23, 2005 motion for summary judgment.[1] Good cause appearing, IT IS HEREBY ORDERED that:

/////

/////

/////

/////

/////

/////

---

[1] On May 23, 2005, defendant also filed a document titled "Notice of Motion and Motion to Dismiss Third Amended Complaint." The court's docket reveals that counsel for defendant informed the court on May 27, 2005 that the "Motion to Dismiss" was filed in error.

1. Plaintiff's May 27, 2005 motion for an extension of time is granted; and

2. Plaintiff shall file and serve an opposition to defendant's May 23, 2005 motion for summary judgment on or before June 28, 2005.

DATED: June 8, 2005.

_____
UNITED STATES MAGISTRATE JUDGE

1/kf
cran2203.36