IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RICHARD JOSEPH CRANE,

    Plaintiff,                       No. CIV S-02-2203 MCE KJM P

    vs.

D.L. RUNNELS, et al.,

    Defendants.              <u>ORDER</u>

_____/

    Plaintiff has requested an extension of time to file and serve objections to the court's February 24, 2006 findings and recommendations. Good cause appearing, IT IS HEREBY ORDERED that:

    1. Plaintiff's March 8, 2006 motion for an extension of time is granted; and

    2. Plaintiff shall file and serve objections to the February 24, 2006 findings and recommendations on or before April 5, 2006.

DATED: March 15, 2006.

_____
UNITED STATES MAGISTRATE JUDGE

1/mp
cran2203.36