1

2

3

4

5

6

7

8                        IN THE UNITED STATES DISTRICT COURT

9                    FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   RICHARD JOSEPH CRANE,                    No. 2:02-cv-2203-MCE-KJM-P

12            Plaintiff,

13       v.                                   ORDER

14   D.L. RUNNELS, et al.,

15            Defendants.

16   _____/

17       Plaintiff, a state prisoner proceeding pro se, has filed

18   this civil rights action seeking relief under 42 U.S.C. § 1983.

19   The matter was referred to a United States Magistrate Judge

20   pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No.

21   262.

22       On February 24, 2006, the magistrate judge filed Findings

23   and Recommendations herein which were served on all parties and

24   which contained notice to all parties that they may file

25   objections to the Findings and Recommendations.  Plaintiff has

26   filed Objections to the Findings and Recommendations.

                                    1

1    In accordance with the provisions of 28 U.S.C.

2  § 636(b)(1)(C) and Local Rule 72-304, this Court has conducted a

3  de novo review of this case.  Having carefully reviewed the

4  entire file, the Court finds the Findings and Recommendations to

5  be supported by the record and by proper analysis.

6    Accordingly, IT IS HEREBY ORDERED that:

7    1.  The Findings and Recommendations filed February 24,

8  2006, are adopted in full;

9    2.  Plaintiff's December 15, 2005 Motion for a Preliminary

10  Injunction is denied;

11    3.  Defendant Runnels May 23, 2005 Motion for Summary

12  Judgment is granted; and

13    4.  This case is closed.

14  DATED: August 18, 2006

15

16

17    _____
     MORRISON C. ENGLAND, JR
18    UNITED STATES DISTRICT JUDGE

19

20

21

22

23

24

25

26

2